George POOLE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 73849.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 15, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 18, 1999.

Application to Transfer Denied
June 29, 1999.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

George Poole, movant, appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. We have reviewed the briefs and the record on appeal and find the motion court's judgment is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).